In the Matter of the Accounting of BROOKLYN TRUST COMPANY, as Trustee under the Will of THEODORE F. JACKSON, Deceased, Respondent.

STEWART M. NEFF, as Executor of CORNELIA B. JACKSON, Deceased, Appellant; JOSEPH H. JACKSON et al., Respondents.

(Submitted February 15, 1932; decided February 16, 1932.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 258 N. Y. 281.)

In the Matter of the Application of the CITY OF NEW YORK, Appellant and Respondent, Relative to Acquiring Title to Real Property Required for the Opening and Extension of Northern Boulevard in the Borough of Queens.

CHRISTIAN REIS, Appellant; MARGARET MAHONEY et al., Respondents.

(Submitted February 15, 1932; decided February 16, 1932.)

Motion by Christian Ries for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements.

Motion by Addie E. Gibbons and Rowland A. Gibbons, Louis Reis and Christian Reis for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 258 N. Y. 136.)